**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

| | |
|---|---|
| In   Debtor(s)<br>Re:   **N'neka Jeva Magee** | Case No.: **23–56586–bem**<br>Chapter:  **7** |

# Order Dismissing Case For Failure Of Debtor To Correct Filing Deficiency

The above referenced case was filed on July 13, 2023. An Order was entered by the Court on July 13, 2023 directing the debtor to correct one or more filing deficiencies, and the debtor has failed to comply with the Order, and/or any subsequent order extending the time to cure filing deficiencies. Accordingly, it is hereby

ORDERED THAT THIS CASE IS DISMISSED.

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court by August 21, 2023.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), any Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an Employer Deduction Order.

**SO ORDERED,** on August 7, 2023.

| | |
|---|---|
| **Clerk, United States Bankruptcy Court**<br>**Atlanta Division**<br>**1340 United States Courthouse**<br>**75 Ted Turner Drive SW**<br>**Atlanta, GA 30303** | Barbara Ellis–Monro<br>United States Bankruptcy Judge |

Dated: 8/7/23

Form 522