

**IT IS ORDERED as set forth below:**

**Date: August 17, 2023**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>N'NEKA JEVA MAGEE,<br><br>Debtor. | CASE NO. 23-56586-BEM<br><br>CHAPTER 7 |

**ORDER VACATING DISMISSAL AND EXTENDING DEADLINE TO OBJECT TO DISCHARGE AND DISCHARGEABILITY**

Debtor's case was dismissed on August 7, 2023 for filing deficiencies. Debtor has substantially cured the filing deficiency. Accordingly, it is

ORDERED that Debtor's motion to reconsider [Doc. 18] is GRANTED, and the Order of dismissal [Doc. 16] is VACATED; it is further

ORDERED that the United States Trustee may reappoint a trustee and reschedule the meeting of creditors; it is further

ORDERED that the deadline for filing complaints objecting to discharge or to dischargeability of certain debts is extended to **October 25, 2023**.

The Clerk is directed to serve copies of this Order on Debtor creditors, the Chapter 7 Trustee, and all parties in interest.

**END OF ORDER**